UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **NICHOLAS RICHARD NAES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cv-346-RLY-DLP** |
| | ) | |
| **MAJOR TOOL AND MACHINE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation of Dismissal With Prejudice, hereby dismisses

this cause in its entirety, with prejudice, with each party to bear its own costs, attorneys' fees and

expenses.

Dated:  __10/15/2021__

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All Counsel of Record

4845-6703-7439.1